Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, UT 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorneys for Plaintiff

FILED
U.S. DISTRICT COURT
2018 MAY 31  D 5: 18
DISTRICT OF UTAH
BY:_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-25, <br><br> Defendants. | Civil Action No. 2:18-cv-00026-TC-PMW <br><br><br> **STIPULATED CONSENT JUDGMENT** <br> **Re: Doe 24 – 73.228.126.169** |

As attested to by the signatures of counsel for the parties below, this matter comes before the Court on the parties' joint stipulation.

Plaintiff Bodyguard Productions, Inc. has filed a Complaint against the defendant Doe 24 - 73.228.126.169 (of Does 1-25), in the Utah District Court for copyright infringement, 17 U.S.C. §§101, et seq, registered with the United States Copyright Office, Reg. No. PA 3-844-508.

After initial discovery and investigation, the Internet service subscriber Doe 24 - 73.228.126.169 was identified as the defendant in this matter and is now identified as a Utah resident who wishes to remain anonymous but who is represented by counsel identified below. Plaintiff consents to proceed through counsel.

4

Doe 24 - 73.228.126.169 consents to personal jurisdiction of this court including permitting Magistrate Judge Paul M. Warner to conduct all matters related to this matter including entry of this consent judgment.

The parties, after conferral and investigation, now appear to fully and finally resolve all claims between the parties and the matters before the Court and seek entry of this Stipulated Consent Judgment to effect the terms of their settlement.

### Identity of the Defendant

The responsible defendant identified herein as Doe 24 - 73.228.126.169 has been positively identified as a resident of Utah whose identity will be made known under seal if required by the court.

WHEREFORE IT IS HEREBY STIPULATED, ORDERED AND ADJUDGED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.
2. Plaintiff Bodyguard Productions, Inc. has valid and enforceable copyrights in the original copyrighted work, *The Hitman's Bodyguard*, ("Motion Picture") registered with the United States Copyright Office, Reg. No. PA 3-844-508.
3. Defendant was properly identified as the Internet service subscriber Doe 24 - 73.228.126.169 in this case.
4. Doe 24 - 73.228.126.169 expressly consents to have United States Magistrate Judge Paul M. Warner conduct any and all proceedings in this case, including entry of any and all orders including this stipulation or any other final judgment or orders arising therefrom.

5. Doe 24 - 73.228.126.169 has had full opportunity to consult counsel and has fully reviewed the Complaint and the allegations of the Complaint.

6. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement that the below Permanent Injunction be entered against Doe 24 - 73.228.126.169.

PERMANENT INJUNCTION

Doe 24 - 73.228.126.169 upon notice through counsel is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing Plaintiff's rights in its motion pictures, including without limitation by using the internet to reproduce or copy any motion picture owned or branded by Bodyguard Productions, Inc., to distribute any motion picture owned or branded by Bodyguard Productions, Inc., or to make motion picture owned or branded by Bodyguard Productions, Inc. available for distribution to the public, except pursuant to a lawful written license from Bodyguard Productions, Inc.; and

Doe 24 - 73.228.126.169 upon notice through counsel is hereby directed to immediately delete any and all unlicensed content of the Motion Picture *The Hitman's Bodyguard*

together with all other software Defendant may have used to obtain media through the Internet by BitTorrent peer-to-peer transfer or exchange.

SO ORDERED, this day: 5-31-2018

*Lena Campbell*

Judge
UNITED STATES DISTRICT COURT

So Stipulated and Respectfully Submitted:

Doe 24 - 73.228.126.169:

*Attorney For Doe 24*
73.228.126.169

Counsel to Doe 24 - 73.228.126.169

*Attorney For Doe 24*
Robert Z. Cashman
10101 Fondren Rd., Suite 452
Houston, TX 77096
Email: rzcashman@cashmanlawfirm.com

On Behalf of Plaintiff:

*Todd E. Zenger*
Todd E. Zenger
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, UT 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

7