# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

# CENTRAL DIVISION

| | |
|---|---|
| **BODYGUARD PRODUCTIONS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**DOES 1-25,**<br><br>Defendants. | **ORDER TERMINATING DISCOVERY**<br><br>Civil Action No. 2:18-cv-00026-TC-PMW<br><br>District Judge Tena Campbell<br><br>Chief Magistrate Judge Paul M. Warner |

Upon motion of the Plaintiff, upon the record in this matter, and for good cause shown, IT IS HEREBY ORDERED:

Discovery proceedings are terminated as to the following defaulted Defendants identified below:

| DOE | IP | NAME | ADDRESS | DATE SERVED |
|---|---|---|---|---|
| 3 | 45.56.63.32 | Mohammed Jamal | 629 S 700 W, Provo, UT 84601 | March 27, 2018 |
| 6 | 209.181.150.142 | Andranek Manukyan | 3546 E Eastcliff Dr., Holladay, UT 84124 | March 8, 2018 |
| 13 | 45.56.3.195 | Corbin Roper | 1551 N 1830 St W, Provo, UT 84604 | March 31, 2018 |
| 14 | 45.56.8.81 | Alexander Hamilton | 766 E 750 N Apt 11, Provo, UT 84606 | April 9, 2018 |
| 15 | 24.10.187.159 | Corey Adams | 783 N Northview Dr., Salt Lake City, UT 84103 | March 27, 2018 |
| 16 | 45.56.23.56 | Reda Jamal | 663 S 700 W, Provo, UT 84601 | March 27, 2018 |
| 20 | 24.2.81.253 | Josh Solt | 352 E Hampton Ave., Salt Lake City, UT 84111 | March 27, 2018 |

| 23 | 65.130.14.150 | Sergio Nevel | 850 E 760 N, Lehi, UT 84043 | March 13, 2018 |

IT IS SO ORDERED.

DATED this 15th day of August, 2018.

BY THE COURT:

_____
PAUL M. WARNER
Chief United States Magistrate Judge