Todd E. Zenger (5238)
DUREN IP
610 E. South Temple Street, Suite 300
Salt Lake City, Utah 84102
Phone: (801) 869-8538
Email: tzenger@durenip.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| BODYGUARD PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DOES 1-25, <br><br> Defendants. | Civil Action No. 2:18-cv-00026-TC-PMW <br><br> Judge Tena Campbell <br><br> **STIPULATED MOTION TO SET ASIDE DEFAULT AS TO DOE 23 (IP 65.130.14.150)** |

By stipulation, the parties file this Motion to Set Aside Default as to DOE 23 (IP 65.130.14.150), Sergio Nevel.

DATED: August 28, 2018

For Doe 23 (IP 65.130.14.150)

By: _____/s/_____
Jeffrey Antonelli
Attorney for Defendant

DUREN IP

By: ____/s/Todd E. Zenger____
Todd E. Zenger
Attorneys for Plaintiff
Bodyguard Productions, Inc.